UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5549**

Case Title: **Thomas Smith, et al** vs. **P.A.M. Transport, Inc.**

List all clients you represent in this appeal:

**Equal Employment Opportunity Commission**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Tara Patel**        Signature: s/ **Tara Patel**

Firm Name: **Equal Employment Opportunity Commission**

Business Address: **Office of General Counsel, 131 M St. NW, Fifth Floor**

City/State/Zip: **Washington, DC 20507**

Telephone Number (Area Code): **202-921-2770**

Email Address: **tara.patel@eeoc.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.