No. 24-5549

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

THOMAS MICHAEL SMITH and
MONALETO SNEED,
    Plaintiffs-Appellants,

v.

P.A.M. TRANSPORT, INC.,
    Defendant-Appellee.

On Appeal from the United States District Court
for the Middle District of Tennessee – Nashville Division
Hon. Eli Richardson, District Judge
No. 3:21-cv-262

UNOPPOSED MOTION OF THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION FOR LEAVE TO
PRESENT ORAL ARGUMENT ON TIME CEDED
BY THE PLAINTIFF-APPELLANT

This Court has scheduled this case for oral argument on March 18, 2025. The Equal Employment Opportunity Commission ("EEOC"), which has filed a brief as amicus curiae, moves under Federal Rule of Appellate Procedure 29(a)(8) and Sixth Circuit Rule 29 to participate in oral argument on time ceded by the Plaintiff-Appellant. In support of this motion, the EEOC states the following:

1.  Congress charged the EEOC with the enforcement of Title VII of the Civil Rights Act of 1964. 42 U.S.C. §§ 2000e *et seq.*

2.  This appeal involves issues of particular importance to the EEOC, including what constitutes actionable race-based harassment under Title VII, whether discrete employment actions must be excluded from a Title VII hostile-work-environment analysis, and the appropriate identification of comparators for the purposes of a Title VII claim.

3.  Because the EEOC has a strong interest in the proper interpretation of Title VII, it filed an amicus brief in this case offering its views to the Court and wishes to elaborate on those views at oral argument.

4.  Counsel for the Plaintiff-Appellant and Defendant-Appellee have informed the undersigned that their clients do not oppose the EEOC's motion to participate at oral argument.

5.  The Plaintiff-Appellant has agreed to cede five minutes to the EEOC from his allotted time for oral argument. The EEOC's participation therefore will not extend the day's calendar.

6.  Rule 29 of the Federal Rules of Appellate Procedure generally favors the presentation of the views of federal agencies to the courts of

appeals. The EEOC has on numerous occasions argued before this Court on questions concerning employment discrimination law.

Accordingly, the EEOC respectfully requests that this Court grant this motion and permit the EEOC to present oral argument on time ceded by the Plaintiff-Appellant.

Respectfully submitted,

ANDREW B. ROGERS
Acting General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

JEREMY D. HOROWITZ
Attorney

*s/Tara Patel*
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov
Attorneys for the EEOC

February 4, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 291 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Book Antiqua 14 point.

<u>*s/Tara Patel*</u>
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov

February 4, 2025

## CERTIFICATE OF SERVICE

I certify that on February 4, 2025, I electronically filed the foregoing motion in PDF format with the Clerk of Court via the appellate CM/ECF system. I certify that all counsel of record are registered CM/ECF users, and service will be accomplished via the appellate CM/ECF system.

<i>s/Tara Patel</i>
TARA PATEL
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2770
Tara.Patel@EEOC.gov