**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 27, 2025

Ms. Autumn L. Gentry
Dickinson Wright
424 Church Street, Suite 800
Nashville, TN 37219

Mr. Douglas B. Janney III
Law Office
5115 Maryland Way
Brentwood, TN 37027

Ms. Tara S. Patel
Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, DC 20002

> Case No. 24-5549, *Thomas Smith, et al v. P.A.M. Transport, Inc.*
> Re:  Originating Case No.:   3:21-cv-00262
> Time Change of Oral Argument -- Tuesday, March 18, 2025 – **now 1:30 p.m.**

Dear Counsel:

   The time for oral argument set for the above case has been changed.  Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Tuesday, March 18, 2025 no later than **1:00 p.m.**  Court will convene promptly at 1:30 p.m.

>                               Sincerely yours,
>
>                               s/Robin L. Johnson
>                               Calendar Deputy

cc:  Mr. Morris Reid Estes Jr.
    Mr. Stephen Wayne Grace