# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 17, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

    Re: Case No. 24-5549
         *Thomas Smith, et al v. P.A.M. Transport, Inc.*
         Originating Case No. 3:21-cv-00262

Dear Ms. Hill:

Enclosed is a copy of the mandate filed in this case.

                                              Sincerely yours,

                                              s/Patricia Elder, Senior Case Administrator
                                                For Appeal Case Manager: Gretchen

cc: Mr. Morris Reid Estes Jr.
     Ms. Autumn L. Gentry
     Mr. Stephen Wayne Grace
     Mr. Douglas B. Janney III
     Ms. Tara S. Patel

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-5549

_____

Filed: October 17, 2025

THOMAS MICHAEL SMITH; MONALETO SNEED

    Plaintiffs - Appellants

v.

P.A.M. TRANSPORT, INC.

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 09/25/2025 the mandate for this case hereby issues today.

COSTS: None