UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5549

THOMAS MICHAEL SMITH; MONALETO SNEED,

    Plaintiffs - Appellants,

v.

P.A.M. TRANSPORT, INC.,

    Defendant - Appellee.

**FILED**
Sep 25, 2025
KELLY L. STEPHENS, Clerk

Before: COLE, STRANCH, and READLER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk