**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 25, 2025

Mr. Morris Reid Estes Jr.
Dickinson Wright
Dickinson Wright PLLC
424 Church Street
Suite 800
Nashville, TN 37219

Ms. Autumn L. Gentry
Dickinson Wright
Dickinson Wright PLLC
424 Church Street
Suite 800
Nashville, TN 37219

Mr. Stephen Wayne Grace
Law Office
1019 16th Avenue, S.
Nashville, TN 37212

Mr. Douglas B. Janney III
Law Office of Douglas B Janney III
5115 Maryland Way
Brentwood, TN 37027

Ms. Tara S. Patel
Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, DC 20002

> Re: Case No. 24-5549, *Thomas Smith, et al v. P.A.M. Transport, Inc.*
> Originating Case No. : 3:21-cv-00262

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Ms. Lynda M. Hill

Enclosures

Mandate to issue.